IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:18CR48 |
| vs. | |
| ANGELA VANDERVOORT, | **ORDER** |
| Defendant. | |

On May 28, 2019, this matter came before the court for a Rule 17.1 conference. The defendant was not present. Angela Vandervoort was represented by Julie Hansen. The United States was represented by Assistant U.S. Attorney Dwight Artis. Following a discussion of the status of the case the defendant's counsel requested a continuance of the trial date. The government did not object. For good cause shown the court granted the continuance.

**IT IS ORDERED:**

1. The jury trial now set for May 28, 2019, is continued to **June 24, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 24, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The defendant's counsel shall forthwith file a waiver of speedy trial signed by the defendant.

4. No further continuances will be granted without a hearing before the undersigned magistrate judge.

Dated this 28th day of May, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge