IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGELA VANDERVOORT and JASON SPRINKEL,<br><br>  Defendants. | 8:18CR48<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 106). The Court has carefully reviewed the record in this case and finds as follows:

1. On August 9, 2018, defendant Jason Sprinkel ("Sprinkel") waived indictment (Filing No. 75) and pled guilty pursuant to a written Plea Agreement (Filing No. 74) to Count I of the Information (Filing No. 72) and admitted the Forfeiture Allegation. Count I charged Sprinkel with conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1) and 846. Pursuant to 21 U.S.C. § 853, the Forfeiture Allegation sought the forfeiture of United States currency seized from Sprinkel on or about January 18, 2018, on the basis that it constituted, or was derived from, proceeds obtained as a result of the conspiracy or was intended to be used to commit or facilitate the commission of the conspiracy charged in the Information. According to his plea agreement, $3,696 in United States currency was seized.

2. On July 11, 2019, defendant Angela Vandervoort ("Vandervoort") pled guilty pursuant to a written Plea Agreement (Filing No. 105) to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Vandervoort with

conspiracy to distribute and possess with the intent to distribute 50 grams or more of methamphetamine (actual), in violation of 21 United States Code sections 841(a)(1) and (b)(1) and 846. Pursuant to 21 U.S.C. § 853, the Forfeiture Allegation sought the forfeiture of United States currency seized from Vandervoort on or about January 18, 2018, on the basis that it constituted, or was derived from, proceeds obtained as a result of the conspiracy or was intended to be used to commit or facilitate the commission of the conspiracy charged in the Information. According to her plea agreement, $3,696 in United States currency was seized.

3. By virtue of their guilty pleas, Sprinkel and Vanvervoort forfeit their interests in the $3,969 in United States currency and the government should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 106) is granted.

2. Based upon the Forfeiture Allegation of the Information (Filing No. 72) and Sprinkel's guilty plea and the Forfeiture Allegation of the Indictment (Filing No. 1) and Vandervoort's guilty plea, the government is authorized to seize the $3,969 in United States currency.

3. Sprinkel's and Vandervoort's interests in the $3,969 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $3,969 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site,

www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Sprinkel and Vandervoort, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $3,969 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $3,969 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $3,969 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 30th day of July 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge