IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:18CR48 |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| ANGELA VANDERVOORT and JASON SPRINKEL, | |
| Defendants. | |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 112). The Court has reviewed the record in this case and finds as follows:

1. On July 30, 2019, the Court entered a Preliminary Order of Forfeiture (Filing No. 107) pursuant to 21 U.S.C. §§ 846 and 853 based upon defendant Jason Sprinkel ("Sprinkel") pleading guilty to Count I of an Information and admitting the forfeiture allegation (Filing No. 72) and defendant Angela Vandervoort ("Vandervoort") pleading guilty to Count I of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). By way of each defendant's admission and the Preliminary Order of Forfeiture,[1] Sprinkel and Vandervoort each forfeited to the government any interest they had in $3,969 in United States currency taken from them on or about January 18, 2018.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 31, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules

---

[1] The Court amended the order on August 15, 2019 (Filing No. 109) to correct a typographical error.

for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on October 3, 2019 (Filing No. 111).

3. The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

Accordingly,

IT IS ORDERED:
1. The government's Motion for Final Order of Forfeiture (Filing No. 112) is granted.
2. All right, title and interest in and to the $3,969 in United States currency taken from Sprinkel and Vandervoort on or about January 18, 2018, held by any person or entity are forever barred and foreclosed.
3. The $3,969 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 15th day of November 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge