IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR48 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **MOTION TO RESTRICT** |
| ANGELA MARIE VANDERVOORT, | ) ) ) ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Motion for Compassionate Release and Index"* which contains personal information about her and are protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing her to file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 29th day of June, 2021.

ANGELA MARIE VANDERVOORT, Defendant,

By /s/ Jennifer L. Gilg
Jennifer L. Gilg
Attorney for Defendant
222 South 15th Street, #300N
Omaha, NE 68102
Telephone: (402) 221-7896
Fax: (402) 221-7884
E-Mail: Jennifer_Gilg@fd.org